# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 5, 2011

143105

DEAN BAUMAN,
          Plaintiff-Appellee,

v

BOTTLING GROUP, L.L.C. (Pepsi Bottling
Corp) and OLD REPUBLIC INSURANCE
COMPANY,
          Defendants-Appellants.

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

SC: 143105
COA: 300181
WCAC: 08-000107

_____/

On order of the Court, the application for leave to appeal the April 13, 2011 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

MARILYN KELLY, J., would grant leave to appeal.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 5, 2011

t0928

Clerk